UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FRANK KUNKLE,** *on behalf of himself and all others similarly situated*, <br><br>                     **Plaintiff,** <br><br> -against- <br><br> **DILLIGAF, USA, INC.,** <br><br>                     **Defendant.** | 23-CV-4484 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within foty-five days.

    The Clerk of Court is respectfully requested to terminate all pending motions and close the case.

Dated: August 18, 2023
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**