UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK KUNKLE, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

DILLIGAF, USA, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 4484 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that they have reached a settlement in principle (ECF No. 10), the Court orders as follows:

1. The initial case management conference scheduled for August 24, 2023 is CANCELLED.

2. By **October 2, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr.

Dated:    New York, New York
            August 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**